**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Gleb Grigorievich Irisov,

Plaintiff,

v.

USCIS; Joseph B Edlow, *Director of the United States Citizenship and Immigration Services*; and Mary Elizabeth Brennan Seng, *Director of the USCIS Texas Service Center*,

Defendants.

Civil No. 26-2984 (DWF/DLM)

**ORDER FOR DISMISSAL WITH PREJUDICE**

Based upon the Notice of Voluntary Dismissal filed by the parties on July 13, 2026, (Doc. No. [8]),

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITH PREJUDICE** and on the merits, with each party to bear their own fees and costs.

Dated: July 13, 2026

s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge